**WESTERN AUTO SUPPLY CO., Appellant, v. Helen ST. CLAIR et al., etc.**
**Helen ST. CLAIR et al., etc., Appellants, v. WESTERN AUTO SUPPLY CO.**

Nos. 11471, 11472.

Circuit Court of Appeals, Eighth Circuit.
April 12, 1939.

G. W. Humphrey and Arthur C. Brown, both of Kansas City, Mo., for Western Auto Supply Co.

C. W. Prince and Alfred R. Fuchs, both of Kansas City, Mo., for Helen St. Clair and others.

PER CURIAM.

Appeal of Western Auto Supply Company and cross-appeal of Helen St. Clair et al., docketed and dismissed, per stipulation of parties.

**WEST KENTUCKY COAL COMPANY, Petitioner, v. NATIONAL BITUMINOUS COAL COMMISSION, and Its Successor, Harold L. Ickes, Secretary of the Department of the Interior of the United States, Respondents.**

No. 8380.

Circuit Court of Appeals, Sixth Circuit.
Oct. 11, 1939.

Maurice K. Gordon, of Madisonville, Ky., and James G. Wheeler, of Paducah, Ky., for appellant.

Robert L. Stern, Sp. Asst. to Atty. Gen., and Abe Fortas, Gen. Counsel, Bituminous Coal Division, Department of the Interior, and Harold Leventhal, Bituminous Coal Division, Department of the Interior, both of Washington, D. C., for respondents.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

This cause came on to be heard on this the 11th day of October, 1939, and it appearing to the court that a stipulation between the West Kentucky Coal Company, petitioner, and Harold L. Ickes, Secretary of the Department of the Interior of the United States, and Howard A. Gray, Director of the Bituminous Coal Division of the Department of the Interior of the United States, as successors to the National Bituminous Coal Commission, respondents, has been entered into, and filed in this proceeding, by their attorneys of record, agreeing to the dismissal of the petition for review filed herein, it is therefore ordered, adjudged, and decreed by the court that the petition for review herein be dismissed at petitioner's cost for the reasons stated in the stipulation.